**Phyliss D. HARBERT, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2012–7044.**

United States Court of Appeals, Federal Circuit.

Jan. 30, 2012.

Phyliss D. Harbert, Lawton, OK, for Claimant–Appellant.

### ON MOTION

### ORDER

Phyliss D. Harbert moves to withdraw her appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.